CO-386
10/2018

# United States District Court
## For the District of Columbia

| | | |
|---|---|---|
| Anthony DIck Heller, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| vs   Plaintiff | ) | Civil Action No._____ |
| | ) | |
| District of Columbia | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Heller Foundation_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Heller Foundation_____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/George L. Lyon, Jr.
_____
Signature

388678
_____
BAR IDENTIFICATION NO.

George L. Lyon, Jr.
_____
Print Name

1929 Biltmore Street NW
_____
Address

Washington, DC 20009
_____
City           State           Zip Code

202-669-0442
_____
Phone Number