AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

DICK ANTHONY HELLER, ET AL.

*Plaintiff(s)*

v.

DISTRICT OF COLUMBIA
ROBERT J. CONTEE III

*Defendant(s)*

Civil Action No. 22-cv-1894

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DISTRICT OF COLUMBIA,
Serve: Mayor Muriel Bowser
1350 Pennsylvania Avenue, NW
Washington, DC 20004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George L. Lyon, Jr.
Matthew J. Bergstrom
Arsenal Attorneys
1929 Biltmore Street NW
Washington, DC 20009
202-669-0442, fax 202-483-9267

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 07/01/2022

/s/ Natalie Guerra
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

DICK ANTHONY HELLER, ET AL.

*Plaintiff(s)*

v.

DISTRICT OF COLUMBIA
ROBERT J. CONTEE III

*Defendant(s)*

Civil Action No. 22-cv-1894

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
DISTRICT OF COLUMBIA,
Serve: Office of Attorney General
1 Judiciary Square
441 4th Street, N.W., 6th Fl. South
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George L. Lyon, Jr.
Matthew J. Bergstrom
Arsenal Attorneys
1929 Biltmore Street NW
Washington, DC 20009
202-669-0442, fax 202-483-9267

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 07/01/2022

/s/ Natalie Guerra
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

DICK ANTHONY HELLER, ET AL.

*Plaintiff(s)*

v.

DISTRICT OF COLUMBIA
ROBERT J. CONTEE III

*Defendant(s)*

Civil Action No. 22-cv-1894

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CHIEF ROBERT J. CONTEE III
Metropolitan Police Department
300 Indiana Avenue, N.W.
Washington, DC 20004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George L. Lyon, Jr.
Matthew J. Bergstrom
Arsenal Attorneys
1929 Biltmore Street NW
Washington, DC 20009
202-669-0442, fax 202-483-9267

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 07/01/2022

/s/ Natalie Guerra
*Signature of Clerk or Deputy Clerk*