CO-386
10/2018

# United States District Court
# For the District of Columbia

DICK ANTHONY HELLER, ET AL.    )
    )
    )
    )
              Plaintiff    )    Civil Action No.__22-cv-1984_____
    vs    )
DISTRICT OF COLUMBIA    )
    )
    )
    )
             Defendant    )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __Heller Foundation_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Heller Foundation_____ which have

any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

__/s/ George L. Lyon, Jr._____
Signature

__388678  DC_____
BAR IDENTIFICATION NO.

George L. Lyon, Jr._____
Print Name

1929 Biltmore Street NW_____
Address

Washington, DC 20009_____
City           State           Zip Code

202-669-0442_____
Phone Number