AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

DICK ANTHONY HELLER, ET AL.

*Plaintiff(s)*

v.                                    Civil Action No. 22-cv-1894

DISTRICT OF COLUMBIA
ROBERT J. CONTEE III

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DISTRICT OF COLUMBIA,
Serve: Office of Attorney General
1 Judiciary Square
441 4th Street, N.W., 6th Fl. South
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
George L. Lyon, Jr.
Matthew J. Bergstrom
Arsenal Attorneys
1929 Biltmore Street NW
Washington, DC 20009
202-669-0442, fax 202-483-9267

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 07/01/2022                                    /s/ Natalie Guerra
                                            *Signature of Clerk or Deputy Clerk*

Civil Action No. 22-cv-1894 DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __District of Columbia__ was received by me on *(date)* __07/07/2022__.

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Chad Copeland, Stephanie Litos, Tonia Robinson__, who is designated by law to accept service of process on behalf of *(name of organization)* __Office of Attorney General, D.C. via email pursuant to OAG Office Order No. 2020-10 (1/4/20)__ on *(date)* __07/07/2022__ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*: _____.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __07/07/2022__

/s/ George L. Lyon, Jr., DC Bar 38878
*Server's signature*

George L. Lyon, Jr., Counsel for Plaintiffs
*Printed name and title*

1929 Biltmore Street NW
Washington, DC 20009
*Server's address*

Additional information regarding attempted service, etc: