## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICK ANTHONY HELLER, et al.** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA, et al.** )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 22-cv-1894 DRF |

### APPLICATION FOR PRELIMINARY INJUNCTION

Plaintiffs move this Court to enter a preliminary injunction, enjoining Defendants from enforcing the provisions of District of Columbia Municipal Regulation 24-2343.1. Submitted concurrently herewith is a Memorandum of Points and Authorities in support of this application and a proposed order. Counsel for Defendants has been asked the Defendants' position on this application and has indicated that the Defendants do not consent to entry of the requested injunction.

Respectfully submitted

**DICK ANTHONY HELLER**

**CHARLES NESBY**

**HELLER FOUNDATION**

By: /s/ George L. Lyon, Jr.
George L. Lyon, Jr. (D.C. Bar No. 388678)
Arsenal Attorneys
1929 Biltmore Street NW
Washington, DC 20009
202-669-0442, fax 202-483-9267
gll@arsenalattorneys.com

Matthew J. Bergstrom (D.C. Bar. No. 989706)
Arsenal Attorneys
4000 Legato Road, Suite 1100
Fairfax, VA 22033
800-819-0608
mjb@arsenalattorneys.com

*Attorneys for Plaintiffs*

Dated:   July 11, 2022

## *CERTIFICATE OF SERVICE*

I, George L. Lyon, Jr., a member of the bar of this court, certify that I served the foregoing document on all counsel of record for Defendants through the court's ECF system, this 11th day of July, 2022.

/s/ George L. Lyon, Jr., DC Bar 388678
