Exhibit 1

## DECLARATION UNDER PENALTY OF PERJURY
## OF DICK ANTHONY HELLER

Dick Anthony Heller, under penalty of perjury, deposes and states as follows:

1. My name is Dick Anthony Heller. I am a resident of the District of Columbia. I am also the President of the Heller Foundation, a 501(c)(3) organization dedicated to educating the public on Second Amendment issues and protecting Second Amendment liberties. The Heller Foundation has contributors in the District of Columbia and other states who have D.C. concealed pistol licenses and the Heller Foundation endeavors to represent their interests.

2. I hold a license to carry a concealed pistol issued by the D.C. Metropolitan Police Department.

3. I regularly carry a Charter Pathfinder revolver in the District of Columbia. I chose that firearm because it is very concealable, and I am aware that District law requires that my carry gun be fully concealed when I am carrying it.

4. Pursuant to DC law, I do not carry more ammunition than would fully load my Charter Pathfinder more than twice, i.e., 12 rounds. I do so because D.C. law prohibits me from carrying more ammunition than that amount.

5. But for this D.C. law I would carry more than the 12 rounds for my personal protection currently allowed by D.C.

The above statement, given under penalty of perjury, is true and correct to the best of my knowledge, information and belief.

Dated: June 27, 2022

_____
Dick Anthony Heller