## DECLARATION UNDER PENALTY OF PERJURY OF CHARLES W. NESBY

Charles W. Nesby, under penalty of perjury, deposes and states as follows:

1. My name is Charles W. Nesby. I am a resident of Arlington, Virginia. I am also a Maryland State Police Certified Instructor and an NRA Certified Instructor.

2. I hold a license to carry a concealed pistol issued by the D.C. Metropolitan Police Department. I regularly carry a firearm when I am in the District of Columbia.

3. I regularly carry in the District of Columbia for personal protection a Springfield XDS pistol chambered in .45 caliber. That gun holds one round in the chamber and six rounds in the magazine.

4. But for D.C. law, when I am in the District, I would carry more than one extra magazine of six rounds for my concealed handgun. I do not do so now because I fear arrest and prosecution.

The above statement, given under penalty of perjury, is true and correct to the best of my knowledge, information and belief.

Dated: July 30, 2022

*Charles W. Nesby*
Charles W. Nesby