Exhibit 3

## DECLARATION OF MARK G. BRILEY JR.

Mark G. Briley Jr., under penalty of perjury, deposes and states as follows:

1. My name is Mark G. Briley Jr.  I am a full time Certified Firearms Instructor.  My current and former firearm related credentials included the following:  NRA LE Pistol Instructor *(former)*; NRA Civilian Firearm Instructor for Pistol, Rifle, Shotgun, Metallic Cartridge Reloading and Shotgun Shell Reloading; NRA Training Counselor; NRA Chief Range Safety Officer; Utah BCI Certified CFP Instructor; Maryland State Police Approved Handgun Instructor; State of Delaware CCDW Certified Instructor; District of Columbia Armed Special Police Officer *(former)*; Sig Sauer Certified Pistol Mounted Optics Instructor; District of Columbia MPD Certified Firearms Instructor; and USCCA Certified Firearms Instructor.  I have taught thousands of students over the past 15 years, and more than 500 students applying for or renewing the District of Columbia Concealed Pistol License.

2. Based on my experience of providing professional firearms instruction and conducting Utah, Virginia, Maryland and District of Columbia Concealed Pistol License courses,  I have found that a large number of my students carry handguns with a capacity of less than 10 rounds. These relatively smaller handgun are easier to conceal than a full size service type pistol like police carry.

3. I myself regularly carry a firearm for personal protection.  And often I will carry a firearm that holds fewer than 10 rounds.

4. When I am carrying in Virginia where I reside, I carry multiple reloads for my carry gun.  I do not do so in the District of Columbia because it is not legal. I would carry multiple reloads in the District were it legal.

The above statement, given under penalty of perjury is true and correct to the best of my knowledge, information and belief.

Dated June 30, 2021

_____
Mark G. Briley Jr.