# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICK ANTHONY HELLER,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** *et al.*, <br><br> Defendants. | Civil Action No. 22-CV-01894 (DLF) |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), the Clerk shall please note the appearance of the undersigned as counsel for defendants District of Columbia and Robert J. Contee III in the instant matter.

DATED: July 12, 2022.    Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section

*/s/ Helen M. Rave*
HELEN M. RAVE[*]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 735-7520
(202) 741-0665 (fax)
helen.rave@dc.gov

---

[*]    Admitted to practice only in the State of New York. Practicing in the District of Columbia under the direct supervision of Matthew Blecher, a member of the D.C. Bar, pursuant to LCvR 83.2(f).