**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DICK ANTHONY HELLER,** *et al.***,** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **DISTRICT OF COLUMBIA,** *et al.***,** <br><br> **Defendants.** | **Civil Action No. 22-1894 (DLF)** |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), the Clerk shall please note the appearance of the undersigned as

counsel for Defendants.

Dated:  July 13, 2022.              Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

MATTHEW R. BLECHER [1012957]
Chief, Equity Section

*/s/ Richard P. Sobiecki*
RICHARD P. SOBIECKI [500163]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 805-7512
richard.sobiecki@dc.gov