UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICK ANTHONY HELLER,** *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>*Defendants.* | **Civil Action No. 1:22-cv-1894-DLF** |

## ORDER

Upon consideration of Defendants' Partial Consent Motion for an Extension of Time to Respond to Plaintiff's Application for Preliminary Injunction (the Motion), and the entire record, it is this _____ day of July, 2022,

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that Defendants' response to Plaintiffs' Application for Preliminary Injunction [7] shall be due on October 17, 2022, and it is further

**ORDERED** that Plaintiffs' reply in support of their Application for Preliminary Injunction shall be due on November 16, 2022, and it is further

**ORDERED** that Defendants' deadline to respond to the Complaint shall be held in abeyance until this Court rules on Plaintiffs' Application [7].

_____
THE HONORABLE DABNEY L. FRIEDRICH
Judge, United States District Court
    for the District of Columbia