# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICK ANTHONY HELLER, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:22-cv-1894-DRF |

## ORDER

Upon consideration of Defendants' Motion for Expedited Discovery, any opposition, and the entire record, it is this \_\_\_\_ day of July, 2022,

**ORDERED** that the Motion be **GRANTED**, and it is further

**ORDERED** that Plaintiffs respond to the interrogatories attached as Exhibit A within fourteen days of the entry of this order.

_____
THE HONORABLE DABNEY L. FRIEDRICH
Judge, United States District Court
      for the District of Columbia