# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICK ANTHONY HELLER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>Defendants. | Civil Action No. 1:22-cv-01894-DLF |

## DEFENDANTS' NOTICE OF REPEAL

Defendants provide the attached Notice of Emergency and Proposed Rulemaking by the Metropolitan Police Department, promulgated on September 14, 2022. *See* Exhibit A (Notice of Emergency and Proposed Rulemaking). It was effective immediately on signature and will be published in the September 23, 2022 edition of the D.C. Register.[1] The Notice repeals the ammunition limit challenged here, 24 DCMR § 2343.1.

Date: September 14, 2022

Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General

---

[1] *See* D.C. Code § 2-505(c) (2021 ed.).

MATEYA B. KELLEY [888219451]
RICHARD P. SOBIECKI [500163]
HELEN M. RAVE[*]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 730-1470
Email: andy.saindon@dc.gov

*Counsel for Defendants*

[*]Admitted to practice only in the State of New York. Practicing in the District of Columbia under the direct supervision of Matthew Blecher, a member of the D.C. Bar, pursuant to LCvR 83.2(e) and D.C. Court of Appeals Rule 49(c)(4).

2