UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICK ANTHONY HELLER, et al.,**<br><br>　Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>　Defendants. | Civil Action No. 1:22-cv-01894-DLF |

## JOINT MOTION TO STAY LITIGATION

Plaintiffs Dick Anthony Heller, Charles W. Nesby, and the Heller Foundation, and Defendants District of Columbia and Robert Conti, Chief of the Metropolitan Police Department (collectively, the Parties), jointly move to stay this litigation until October 17, 2022. The Parties are discussing settlement and need additional time to pursue a potential resolution that would avoid further litigation. To facilitate these efforts, the Parties request that the Court stay this matter until October 17, 2022, and order the Parties to submit a joint status report by October 17, 2022, updating the Court on the status of any settlement negotiations and whether a further stay of proceedings is warranted. A memorandum of points and authorities and the text of a proposed order are attached.

Date: September 14, 2022

/s/ George L. Lyon, Jr.
MATTHEW J. BERGSTROM [989706]
GEORGE L. LYON, JR. [388678]
Arsenal Attorneys
4000 Legato Road, Suite 1100
Fairfax, VA 22033
1929 Biltmore Street, NW
Washington, D.C. 20009
Phone: (202) 669-0442

Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Matthew R. Blecher
MATTHEW R. BLECHER [1012957]

Email: gll@arsenalattorneys.com

*Counsel for Plaintiffs*

Chief, Civil Litigation Division, Equity Section

/s/ Andrew J. Saindon
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
MATEYA B. KELLEY [888219451]
RICHARD P. SOBIECKI [500163]
HELEN M. RAVE*
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 730-1470
Email: andy.saindon@dc.gov

*Counsel for Defendants*

*Admitted to practice only in the State of New York. Practicing in the District of Columbia under the direct supervision of Matthew Blecher, a member of the D.C. Bar, pursuant to LCvR 83.2(e) and D.C. Court of Appeals Rule 49(c)(4).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICK ANTHONY HELLER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>Defendants. | Civil Action No. 1:22-cv-01894-DLF |

### MEMORANDUM OF POINTS AND AUTHORITIES
### IN SUPPORT OF JOINT MOTION TO STAY LITIGATION

In support of the Parties' Joint Motion to Stay Litigation (Motion), the Parties submit the following:

1. Fed. R. Civ. P. 6(b)(1)(A) and (7)(b);

2. The existence of good cause, as described in the Motion; and

3. The inherent equitable powers of the Court.

Date: September 14, 2022

/s/ George L. Lyon, Jr.
MATTHEW J. BERGSTROM [989706]
GEORGE L. LYON, JR. [388678]
Arsenal Attorneys
4000 Legato Road, Suite 1100
Fairfax, VA 22033
1929 Biltmore Street, NW
Washington, D.C. 20009
Phone: (202) 669-0442
Email: gll@arsenalattorneys.com

*Counsel for Plaintiffs*

Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Matthew R. Blecher
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

/s/ Andrew J. Saindon
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
MATEYA B. KELLEY [888219451]
RICHARD P. SOBIECKI [500163]

HELEN M. RAVE[*]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 730-1470
Email: andy.saindon@dc.gov

*Counsel for Defendants*

[*]Admitted to practice only in the State of New York. Practicing in the District of Columbia under the direct supervision of Matthew Blecher, a member of the D.C. Bar, pursuant to LCvR 83.2(e) and D.C. Court of Appeals Rule 49(c)(4).

2