## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICK ANTHONY HELLER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>Defendants. | Civil Action No. 1:22-cv-01894-DLF |

## ORDER

Upon consideration of the Parties' Joint Motion for Stay of Litigation (Motion) and the entire record, it is this _____ day of _____ 2022, ORDERED that:

The Motion is GRANTED; and it is further

ORDERED that his matter is stayed until October 17, 2022; and it is further

ORDERED that the Parties shall file a joint status report no later than October 17, 2022, apprising the Court of their efforts to settle this action and requesting that the stay be extended, if necessary.

SO ORDERED.

_____
DABNEY L. FRIEDRICH
Judge, United States District Court
    for the District of Columbia