# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICK ANTHONY HELLER, et al.** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 22-cv-1894 DLF |
| | ) |
| **DISTRICT OF COLUMBIA, et al.** | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), the Clerk shall please note the appearance of the undersigned as counsel for all Plaintiffs.

Respectfully submitted

**DICK ANTHONY HELLER**

**CHARLES NESBY**

**HELLER FOUNDATION**

George L. Lyon, Jr. (D.C. Bar No. 388678)
Arsenal Attorneys
4000 Legato Road, Suite 1100
Fairfax, VA 22033
202-669-0442, fax 202-483-9267
gll@arsenalattorneys.com

By: /s/ Matthew J. Bergstrom
Matthew J. Bergstrom (D.C. Bar. No. 989706)
Arsenal Attorneys
4000 Legato Road, Suite 1100
Fairfax, VA 22033
800-819-0608
mjb@arsenalattorneys.com

*Attorneys for Plaintiffs*

Dated:   July 28, 2022

## *CERTIFICATE OF SERVICE*

  I, Matthew J. Bergstrom, a member of the bar of this court, certify that I served the foregoing document on all counsel of record in this proceeding via the court's electronic filing system, on or before the 28th day of July, 2022.

                    /s/ Matthew J. Bergstrom (D.C. Bar. No. 989706)