# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICK ANTHONY HELLER**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA**, *et al.*, <br><br> Defendants. | Civil Action No. 1:22-01894-DLF |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated September 14, 2022, the Parties submit this joint status report.

The Parties have reached an agreement in principle and are drafting a settlement agreement. The Parties seek two additional weeks to finalize an agreement and have it signed by the Parties or their representatives.

Accordingly, the Parties request an extension of the Court's Order staying this case to October 31, 2022. The Parties propose that they submit a further joint status report on October 31, 2022, advising the Court if a further extension is necessary.

Date: October 17, 2022

Respectfully Submitted,

/s/ George L. Lyon
GEORGE L. LYON, JR. [388678]
MATTHEW J. BERGSTROM [989706]
Arsenal Attorneys
4000 Legato Road, Suite 1100
Fairfax, VA 22033
1929 Biltmore Street, NW
Washington, D.C. 20009
Phone: (202) 669-0442
Email: gll@arsenalattorneys.com

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Matthew R. Blecher
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

| | |
|---|---|
| *Counsel for Plaintiffs* | /s/ *Andrew J. Saindon* <br> ANDREW J. SAINDON [456987] <br> Senior Assistant Attorney General <br> MATEYA B. KELLEY [888219451] <br> RICHARD P. SOBIECKI [500163] <br> HELEN M. RAVE* <br> Assistant Attorneys General <br> Civil Litigation Division <br> 400 6th Street, NW <br> Washington, D.C. 20001 <br> Phone: (202) 730-1470 <br> Email: andy.saindon@dc.gov <br><br> *Counsel for Defendants* <br><br> *Bar number pending |