UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICK ANTHONY HELLER**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>Defendants. | Civil Action No. 1:22-01894-DLF |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated October 17, 2022, the Parties submit this joint status report.

The Parties have entered into a settlement agreement. When the terms of the settlement agreement have been achieved, Plaintiffs will move to dismiss the matter. The Parties seek an additional stay of 60 days to achieve the terms of the settlement agreement and dismiss this matter.

Accordingly, the Parties request an extension of the Court's Order staying this case to December 30, 2022. In the event the case has not been dismissed by that time, the Parties propose that they submit a further joint status report on December 30, 2022.

| | |
|---|---|
| Date: October 31, 2022 | Respectfully Submitted, |
| */s/ George L. Lyon*<br>GEORGE L. LYON, JR. [388678]<br>MATTHEW J. BERGSTROM [989706]<br>Arsenal Attorneys<br>4000 Legato Road, Suite 1100<br>Fairfax, VA 22033<br>1929 Biltmore Street, NW<br>Washington, D.C. 20009<br>Phone: (202) 669-0442 | KARL A. RACINE<br>Attorney General for the District of Columbia<br><br>CHAD COPELAND<br>Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Matthew R. Blecher*<br>MATTHEW R. BLECHER [1012957] |

| | |
|---|---|
| Email: gll@arsenalattorneys.com | Chief, Civil Litigation Division, Equity Section |
| *Counsel for Plaintiffs* | */s/ Andrew J. Saindon* <br> ANDREW J. SAINDON [456987] <br> Senior Assistant Attorney General <br> MATEYA B. KELLEY [888219451] <br> RICHARD P. SOBIECKI [500163] <br> HELEN M. RAVE* <br> Assistant Attorneys General <br> Civil Litigation Division <br> 400 6th Street, NW <br> Washington, D.C. 20001 <br> Phone: (202) 730-1470 <br> Email: andy.saindon@dc.gov |
| | *Counsel for Defendants* |
| | *Bar number pending |