UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICK ANTHONY HELLER,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA***, et al.*, <br><br> Defendants. | **Civil Action No. 1:22-01894-DLF** |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated October 31, 2022, the Parties submit this Joint Status Report. As previously advised, the Parties have entered into a settlement agreement pursuant to which they will move to dismiss this matter once the terms of the agreement are fulfilled. Unfortunately, that is likely to occur either on the date of, or shortly after, the end of the current stay, December 30, 2022. Accordingly, the Parties request an extension of the Court's Order staying this case for an addition two weeks, to January 13, 2023. In the unlikely event the case has not been dismissed at that time, the Parties propose that they submit a further joint status report on January 13, 2023.

Date: December 29, 2022

*/s/ George L. Lyon*
MATTHEW J. BERGSTROM [989706]
GEORGE L. LYON, JR. [388678]
Arsenal Attorneys
4000 Legato Road, Suite 1100
Fairfax, VA 22033
1929 Biltmore Street, NW
Washington, D.C. 20009
Phone: (202) 669-0442
Email: gll@arsenalattorneys.com

Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

STEPHANIE LITOS
Interim Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

| | |
|---|---|
| *Counsel for Plaintiffs* | */s/ Helen M. Rave* |
| | ANDREW J. SAINDON [456987] |
| | Senior Assistant Attorney General |
| | MATEYA B. KELLEY [888219451] |
| | RICHARD P. SOBIECKI [500163] |
| | HELEN M. RAVE [90003876] |
| | Assistant Attorneys General |
| | Civil Litigation Division |
| | 400 6th Street, NW |
| | Washington, D.C. 20001 |
| | Phone: (202) 735-7520 |
| | Email: helen.rave@dc.gov |
| | |
| | *Counsel for Defendants* |