UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICK ANTHONY HELLER,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>Defendants. | **Civil Action No. 1:22-01894-DLF** |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated October 31, 2022, the Parties submit this Joint Status Report. As previously advised, the Parties have entered into a settlement agreement pursuant to which they will move to dismiss this matter once the terms of the agreement are fulfilled. Unfortunately, that has not yet occurred—but likely will within a week. Accordingly, the Parties request an extension of the Court's Order staying this case for an additional week, to January 20, 2023. In the unlikely event the case has not been dismissed at that time, the Parties propose that they submit a further joint status report on January 20, 2023.

| | |
|---|---|
| Date: January 13, 2023 | Respectfully Submitted, |
| */s/ George L. Lyon*<br>MATTHEW J. BERGSTROM [989706]<br>GEORGE L. LYON, JR. [388678]<br>Arsenal Attorneys<br>4000 Legato Road, Suite 1100<br>Fairfax, VA 22033<br>1929 Biltmore Street, NW<br>Washington, D.C. 20009<br>Phone: (202) 669-0442<br>Email: gll@arsenalattorneys.com<br><br>*Counsel for Plaintiffs* | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>STEPHANIE E. LITOS<br>Interim Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Matthew R. Blecher*<br>MATTHEW R. BLECHER [1012957]<br>Chief, Civil Litigation Division, Equity Section<br><br>*/s/ Andrew J. Saindon*<br>ANDREW J. SAINDON [456987] |

Senior Assistant Attorney General
MATEYA B. KELLEY [888219451]
RICHARD P. SOBIECKI [500163]
HELEN M. RAVE [90003876]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 730-1470
Email: andy.saindon@dc.gov

*Counsel for Defendants*