UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICK ANTHONY HELLER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Civil Action No. 1:22-01894-DLF |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated January 13, 2023, the Parties submit this Joint Status Report. As previously advised, the Parties have entered into a settlement agreement pursuant to which they will move to dismiss this matter once the terms of the agreement are fulfilled. Unfortunately, that has not yet occurred—but likely will within a week. Accordingly, the Parties request another one-week extension, until January 27, 2023, of the stay entered in this case. In the unlikely event the case has not been dismissed within that time, the Parties propose that they submit another joint status report on January 27, 2023.

| | |
|---|---|
| Date: January 20, 2023 | Respectfully Submitted, |
| */s/ George L. Lyon* <br> MATTHEW J. BERGSTROM [989706] <br> GEORGE L. LYON, JR. [388678] <br> Arsenal Attorneys <br> 4000 Legato Road, Suite 1100 <br> Fairfax, VA 22033 <br> 1929 Biltmore Street, NW <br> Washington, D.C. 20009 <br> Phone: (202) 669-0442 <br> Email: gll@arsenalattorneys.com <br><br> *Counsel for Plaintiffs* | BRIAN L. SCHWALB <br> Attorney General for the District of Columbia <br><br> STEPHANIE E. LITOS <br> Interim Deputy Attorney General <br> Civil Litigation Division <br><br> */s/ Matthew R. Blecher* <br> MATTHEW R. BLECHER [1012957] <br> Chief, Civil Litigation Division, Equity Section <br><br> */s/ Andrew J. Saindon* <br> ANDREW J. SAINDON [456987] |

        Senior Assistant Attorney General
        MATEYA B. KELLEY [888219451]
        RICHARD P. SOBIECKI [500163]
        HELEN M. RAVE [90003876]
        Assistant Attorneys General
        Civil Litigation Division
        400 6th Street, NW
        Washington, D.C. 20001
        Phone: (202) 730-1470
        Email: andy.saindon@dc.gov

        *Counsel for Defendants*