UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICK ANTHONY HELLER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Civil Action No. 1:22-01894-DLF |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated January 23, 2023, the Parties submit this Joint Status Report.  As previously advised, the Parties have entered into a settlement agreement pursuant to which they will move to dismiss this matter once the terms of the agreement are fulfilled.  Unfortunately, that has not yet occurred.  Defendants issued payment via a paper check to Plaintiffs, mailed on or about January 9, 2023, but that payment has not yet been received due to a mail-forwarding issue at Plaintiffs' counsels' offices.  Accordingly, the Parties request another extension, for two weeks, until February 10, 2023, of the stay entered in this case.  In the unlikely event the case has not been dismissed within that time, the Parties propose that they submit another joint status report on February 10, 2023.

Date: January 25, 2023

*/s/ George L. Lyon*
MATTHEW J. BERGSTROM [989706]
GEORGE L. LYON, JR. [388678]
Arsenal Attorneys
4000 Legato Road, Suite 1100
Fairfax, VA 22033
1929 Biltmore Street, NW
Washington, D.C. 20009
Phone: (202) 669-0442

Respectfully Submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Interim Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]

| | |
|---|---|
| Email: gll@arsenalattorneys.com | Chief, Civil Litigation Division, Equity Section |
| *Counsel for Plaintiffs* | */s/ Andrew J. Saindon* <br> ANDREW J. SAINDON [456987] <br> Senior Assistant Attorney General <br> MATEYA B. KELLEY [888219451] <br> RICHARD P. SOBIECKI [500163] <br> HELEN M. RAVE [90003876] <br> Assistant Attorneys General <br> Civil Litigation Division <br> 400 6th Street, NW <br> Washington, D.C. 20001 <br> Phone: (202) 730-1470 <br> Email: andy.saindon@dc.gov <br><br> *Counsel for Defendants* |