# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICK ANTHONY HELLER**, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>　　Defendants. | **Civil Action No. 1:22-01894-DLF** |

## STIPULATION OF DISMISSAL

　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs voluntarily dismiss their claims in this matter with prejudice. Defendants consent and stipulate to Plaintiffs' dismissal.

Dated:  February 7, 2023.                    Respectfully submitted,

*/s/ George L. Lyon, Jr.*                    BRIAN L. SCHWALB
Matthew J. Bergstrom (D.C. Bar No. 989706)   Attorney General for the District of Columbia
George L. Lyon, Jr. (D.C. Bar No. 388678)
Arsenal Attorneys                            STEPHANIE E. LITOS
4000 Legato Rd, Suite 1100                   Interim Deputy Attorney General
Fairfax, VA. 22033                           Civil Litigation Division

1929 Biltmore Street NW                      */s/ Matthew R. Blecher*
Washington, DC 20009                         MATTHEW R. BLECHER [1012957]
202-669-0442, fax 202-483-9267               Chief, Civil Litigation Division, Equity Section
gll@arsenalattorneys.com
                                             */s/ Andrew J. Saindon*
*Counsel for Plaintiffs*                     ANDREW J. SAINDON [456987]
                                             Senior Assistant Attorney General
                                             MATEYA B. KELLEY [888219451]
                                             RICHARD P. SOBIECKI [500163]
                                             HELEN M. RAVE [90003876]
                                             Assistant Attorneys General
                                             Civil Litigation Division
                                             400 6th Street, NW
                                             Washington, D.C. 20001
                                             Phone: (202) 730-1470
                                             Email: andy.saindon@dc.gov

2

*Counsel for Defendants*